

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone:  (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No.  08-21154 RKM |
|---|---|
| **Jody L Wolf** | Chapter 7 |
| **Patrick J Wolf** | |
| SSN: XXX-XX-3754 | |
| SSN: XXX-XX-3168 |  |
| Debtor(s) | |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.      On May 12, 2010, the Court approved the trustee's final report and proposed distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|-----------|-----------------|--------------------|--------------------|
| 3. | Intermountain Health Care | PO Box 27808<br>SLC, UT 84127 | $1.31 |

3.     These funds are on deposit in Bank of America, account number 4437401058.

4.     A check in the amount of One Dollar and Thirty-One Cents ($1.31), representing

said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 13th day of May, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111
>
> Jody L Wolf & Patrick J Wolf
> 8823 Cameo Way
> Sandy, UT 84093
>
> Jeremy D. Eveland
> Eveland & Associates, PLLC
> 8833 South Redwood Road
> Suite C-2
> West Jordan, UT 84088

Claim 000003, Payment 10.24238%
Intermountain Healthcare
P.O. Box 27808
Salt Lake City UT 84127-0808

acct # 22145481

**PAY TO THE ORDER OF**

United States Bankruptcy Court
350 South Main Street, Room # 369
Salt Lake City, UT  84101

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Elizabeth Rose Loveridge
265 East 100 South
Suite 300
Salt Lake City, UT 84111

| DATE | AMOUNT |
|------|--------|
| 05/13/10 | ***********1.31 |

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 08-21154    RKM | Wolf, Jody L |
|  | Wolf, Patrick J |

CHECK NUMBER
**1005**

*One Dollar And 31/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

RUB RED IMAGE
FADES WITH HEAT

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈⑈001005⑈⑈  ⑊⑈⑈⑈0000⑈2⑊  4437401058⑈⑈

---

| Date: 05/13/10 | Check Number:  1005 | | Amount:  1.31 |
|----------------|---------------------|--|----------------|

Case Number: 08-21154    RKM
Debtor Name: Wolf, Jody L
SSN: 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

| Paid To: | United States Bankruptcy Court<br>350 South Main Street, Room # 369<br>Salt Lake City, UT  84101 | Trustee: | Elizabeth Rose Loveridge<br><br>265 East 100 South<br><br>Suite 300<br><br>Salt Lake City, UT 84111 |

Description:  Claim 000003, Payment 10.24238%   Intermountain Healthcare
P.O. Box 27808
Salt Lake City UT 84127-0808

Bank Account Number:  4437401058